UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:

PURDUE PHARMA L.P.,

                     Debtor.
------------------------------------------------------------X
AVRIO HEALTH L.P., et al.,

                     Plaintiffs,                           21 CIVIL 3708 (VB)

      -against-                                              **JUDGMENT**

AIG SPECIALTY INSURANCE COMPANY, et al.,

                     Defendants.
------------------------------------------------------------X

    It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 26, 2021, the Arbitration Insurers' motion to withdraw the reference for the limited purpose of deciding motions to compel arbitration and to dismiss for lack of personal jurisdiction is TERMINATED AS MOOT. To be clear, the Order has no effect on the related motion to withdraw the reference of the entire adversary proceeding; accordingly, the case is closed.

Dated:  New York, New York
           July 26, 2021

                                                              **RUBY J. KRAJICK**

                                                                  **Clerk of Court**
                                                 BY:

                                                                   **Deputy Clerk**